IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| THE UNITED STATES EX REL. DSEA SERVICES, INC. | ) ) | CASE NO. 3:17-cv-00083 |
|---|---|---|
| Plaintiff, | ) ) ) | JUDGE THOMAS M. ROSE |
| v. | ) ) | |
| BRIGADIER CONSTRUCTION SERVICES, LLC., ET AL. | ) ) ) | |
| Defendants, | ) | |

## ORDER GRANTING JOINT MOTION TO STAY CASE PENDING MEDIATION AND ARBITRATION

Pursuant to the Federal Arbitration Act, 9 U.S.C. § 3 *et seq.* upon joint application of the parties, the Court orders the case stayed pending mediation and arbitration consistent with the subcontract agreement between DSEA Services, Inc. and Brigadier Construction Services, LLC. The parties are ordered to provide a status of the arbitration no later than May 10, 2018 if the case has not been dismissed prior to that time.

IT IS SO ORDERED.

July 13, 2017

\*s/Thomas M. Rose
The Honorable Thomas M. Rose