# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

THE UNITED STATES EX REL. DSEA : 
SERVICES, INC., :
: Case No. 3:17-cv-83
      Plaintiff, :
: Judge Thomas M. Rose
  v. :
:
BRIGADIER CONSTRUCTION SERVICES, :
LLC, *et al.*, :
:
      Defendants.

---

# ORDER
---

On May 10, 2018, the parties filed a "Mediation Status Update" (Doc. 12). In that filing, the parties (a) requested that the Court extend the time for mediation another five months, up through and including, until October 10, 2018, and (b) stated that they would provide the Court with another status update after mediation occurs. On May 14, 2018, the Court granted the parties' request. The parties did not provide the Court with any status update until the Court's staff recently reached out to the parties' counsel to ask for one. In response, the Court's staff was quickly provided with an informal status update and a request. The Court hereby **ORDERS** that:

1. The parties—either jointly or separately—file a status report with the Court within 10 days of the date of this Order;

2. The parties—either jointly or separately—provide the Court with a status update in regard to this case every 60 days after that status report, and any further failure to provide the Court with a status update may result in sanctions; and

3. Any party file with the Court any request that it has by way of the Court's

electronic docketing system.

**DONE** and **ORDERED** in Dayton, Ohio, this Monday, December 2, 2019.

                                                  s/Thomas M. Rose
                                        _____
                                                    THOMAS M. ROSE
                                        UNITED STATES DISTRICT JUDGE