UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES *ex rel.* DSEA SERVICES, INC.,

    Plaintiff,

vs.

BRIGADIER CONSTRUCTION SERVICES, LLC, *et al.*,

    Defendants.

Case No. 3:17-cv-83

District Judge Michael J. Newman

### ORDER CONDITIONALLY DISMISSING THIS CASE

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that either party may, upon good cause shown within 45 days, reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

Date:  April 19, 2022

s/Michael J. Newman
Hon. Michael J. Newman
United States District Judge